**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 15 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALBERTO BASILIO,

          Plaintiff,

-against-

LONG ISLAND RAIL ROAD COMPANY,

          Defendant.
-----------------------------------------------------------X

Docket No: 11-CV-3946 (ARR)

STIPULATION EXTENDING
TIME TO ANSWER

IT IS HEREBY STIPULATED, that the time for Defendant, THE LONG ISLAND RAIL ROAD COMPANY, ("LIRR"), to answer, amend or supplement the Answer or to make any motion with relation to the Complaint of plaintiff be and the same hereby is extended through and including September 29, 2011.

IT IS FURTHER STIPULATED that Defendant will not interpose any jurisdictional defenses.

Dated: Jamaica, New York
       August 30, 2011

LAW OFFICES OF MICHAEL FLYNN, P.C.
Attorneys for Plaintiff

By: _____
MICHAEL D. FLYNN, ESQ.

5 Penn Plaza, 23rd Floor
New York, NY 10001
(212) 896-3812

CATHERINE A. RINALDI, ESQ.
Attorney for Defendant

By: _____
J. DENNIS McGRATH, ESQ. (JM8853)

LIRR Law Department - 1143
Jamaica Station
Jamaica, New York 11435
(718) 558-7459
File No.: JN-6519

SO ORDERED

s/ RML
U.S.D.J. USMJ

9/14/11